**People of the State of Illinois, Plaintiff-Appellee, v. Carl William Hoffman, Defendant-Appellant.**

**Gen. No. 64–25.**

Fifth District.

September 18, 1965.

Robert E. L. Trone, of Edwardsville, for appellant; Dick H. Mudge, Jr., State's Attorney, Madison County, and Joseph R. Bartylak, Assistant State's Attorney, both of Edwardsville, for appellee. Opinion by PRESIDING JUSTICE EBERSPACHER. Not to be published in full.